UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA REYNOLDS,

    Plaintiff,

v.                                                          4:04cv193-WS

THE FLORIDA BAR,

    Defendant.

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

Before the court is the plaintiff's motion (doc. 49) to strike the defendant's notice of filing and documents filed in support of summary judgment. The defendant has responded (doc. 52) in opposition to the motion.

The plaintiff objects to the defendant's having filed entire depositions in support of its motion for summary judgment. As the plaintiff correctly notes, the court's local rules specify that only "portions" of depositions that are "necessary" to a pretrial motion are to be filed with the court. N.D. Fla. Loc. R. 26.2(A). The defendant having failed to specify which "portions" of the depositions are "necessary" to its motion, the court will grant the plaintiff's motion.

Accordingly, it is ORDERED:

1. The plaintiff's motion to strike (doc. 49) is GRANTED.

2. The defendant's notice of filing and the depositions attached (docs. 41 & 42) are STRUCK from the record without prejudice to the defendant's refiling in accordance with the local rule.

3. The defendant shall have until August 12, 2005, to file its notice of filing and documents in compliance with the local rules. Counsel for the defendant shall supply the court with a courtesy copy of all documents filed.

DONE AND ORDERED this July 22, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE